# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150039(3)

IN RE BRENDA K. SANDERS, JUDGE
36TH DISTRICT COURT

SC: 150039
JTC Formal Complaint 95

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and the Honorable Michael F. Sapala is appointed master to hear Formal Complaint No. 95.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2014

Clerk